JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: John_Reichmuth@fd.org

Counsel for Defendant ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARK ALLEN,<br>Defendant. | **Case No.:** CR 26–00387 YGR [MAG]<br><br>**STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be MODIFIED to permit Mr. Allen to travel to the Lake Tahoe area, including the Eastern District of California and the District of Nevada, for a social trip between the dates of September 26 and 27. He shall provide his itinerary to the Pretrial Services Agency in advance and report to that Office as directed.

Mr. Allen was released by Hon Donna M. Ryu, former Chief United States Magistrate Judge on August 21. 2025. This is a duty matter, as the releasing judge has retired. Mr. Allen's travel is restricted to the Northern District of California. Mr. Allen has complied with his release conditions, including graduating from New Bridge. Reanna Agah, United States Pretrial Services Officer has informed counsel by email that she does not object to this request.

Dated: September 22, 2026

JODI LINKER
Federal Public Defender

/S
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Mr. Allen

Dated: September 22, 2026

CRAIG H. MISSAKIAN
United States Attorney

By: /s/
ZACHARY GLIMCHER
Special Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the release conditions in this case be MODIFIED to permit Mr. Allen to travel to the Lake Tahoe area, including the Eastern District of California and the District of Nevada, for a social trip between the dates of September 26 and 27. He shall provide his itinerary to the Pretrial Services Agency in advance and report to that Office as directed.

IT IS SO ORDERED.

DATED: September 22, 2026

HON. Thomas S. Hixson
United States Magistrate Judge